JOHN DRISDELLE *v.* CITY OF HARTFORD ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 3 Conn. App. 343, is denied.

*John D. Liberator,* in support of the petition.

*Robert E. Beach, Jr.,* in opposition.

Decided April 4, 1985

SORENSON TRANSPORTATION COMPANY, INC. *v.* STATE OF CONNECTICUT

FLOYD HUNTER ET AL. *v.* STATE OF CONNECTICUT

The state's petition for certification for appeal from the Appellate Court, 3 Conn. App. 329, is denied.

*Robert T. Morrin,* assistant attorney general, and *Joseph I. Lieberman,* in support of the petition.

*Jane W. Freeman,* in opposition.

Decided April 4, 1985

IN RE JUVENILE APPEAL (85–3)

The respondent mother's petition for certification for appeal from the Appellate Court, 3 Conn. App. 194, is denied.

*Daniel V. Presnick,* in support of the petition.

*Judith M. Earl,* assistant attorney general, and *Joseph I. Lieberman,* attorney general, in opposition.

Decided April 4, 1985